# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-0708
LT Case No. 2017-CF-007097-A

_____

QUENTINE LAVAELL CRAWFORD,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Meredith Charbula, Judge.

Matthew J. Metz, Public Defender, and Teresa D. Sutton, Assistant Public Defender, Daytona Beach, for Appellant.

Quentine Lavaell Crawford, Jacksonville, pro se.

Ashley Moody, Attorney General, and Adam B. Wilson, Assistant Attorney General, Tallahassee, for Appellee.

July 16, 2024

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., and LAMBERT and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____